UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY WILLIAMS,<br><br>              Petitioner,<br><br>    v.<br><br>JEFF LYNCH, et al.,<br><br>              Respondents. | No.  2:20-cv-02491 GGH P<br><br><br><br>ORDER |

   Petitioner, a state prisoner proceeding pro se, has an application to proceed in forma pauperis. Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be granted.  See 28 U.S.C. § 1915(a).

   IT IS HEREBY ORDERED that petitioner's motion to proceed in forma pauperis (ECF No. 10) is granted.

Dated: March 22, 2021

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE