UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY WILLIAMS, | No. 2:20-cv-02491 GGH P |
| Petitioner, | |
| v. | ORDER |
| JEFF LYNCH, et al., | |
| Respondents. | |

On March 12, 2021, the court ordered respondent to show cause for failing to adhere to the court's order and deadline to submit a response to petitioner's habeas petition. ECF No. 12. Respondent has responded to the order to show cause explaining excusable neglect. ECF No. 14. Respondent has also filed a motion to dismiss. ECF No. 15. Accordingly, the court's will discharge its order to show cause.

IT IS HEREBY ORDERED that:

1. The court's March 12, 2021 order to show cause (ECF No. 12) is discharged; and
2. Petitioner's opposition or statement of non-opposition to the motion to dismiss shall

////
////
////
////

1

be filed and served within thirty days from the date of this order, and respondent's reply, if any, shall be filed and served within fourteen days thereafter.

Dated: March 22, 2021

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE