UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY WILLIAMS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JEFF LYNCH, et al.,<br><br>　　　　Respondents. | No. 2:20-cv-02491 KJM GGH P<br><br><br><br>ORDER |

　　Petitioner requested an extension of time to file objections to the June 15, 2021, findings and recommendations. ECF No. 23. Good cause appearing, IT IS HEREBY ORDERED that:

　　1. Petitioner's request for an extension of time (ECF No. 23) is granted; and

　　2. Petitioner shall file objections to the findings and recommendations within thirty days from the date of this order.

Dated: July 21, 2021

　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　UNITED STATES MAGSITRATE JUDGE